## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **TAMMY W. VANDELINDE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.: 7:20CV330** |
| **PRIORITY AUTOMOTIVE ROANOKE,** | ) | |
| **INC. d/b/a PRIORITY HONDA** | ) | |
| **ROANOKE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### AGREED ORDER

By stipulation of the parties, it is hereby **ORDERED** that the Defendant's Motion to Dismiss the Plaintiff's Complaint and Compel Arbitration, ECF No. 11, is **GRANTED** as follows: Plaintiff's claims will be submitted to arbitration before the American Arbitration Association in accordance with the terms of the Agreement attached hereto as **Exhibit A.** Accordingly, this action is hereby **DISMISSED WITH PREJUDICE**.

This matter is struck from the active docket of this court, and the Clerk is directed to send copies of this order to all counsel of record.

Entered: April 21, 2021.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
United States District Judge

Stipulated and Agreed on the 14th day of April, 2021.

/s/

Brittany M. Haddox, Esq. (VSB # 86416)
L. Leigh R. Strelka, Esq. (VSB # 73355)
Thomas E. Strelka, Esq. (VSB # 75488)
Monica L. Mroz, Esq. (VSB # 65766)
N. Winston West, IV, Esq. (VSB # 92598)
STRELKA EMPLOYMENT LAW
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA  24011
Tel:  540-283-0802
brittany@strelkalaw.com
leigh@strelkalaw.com
thomas@strelkalaw.com
monica@strelkalaw.com
*Counsel for Plaintiff*

/s/

Michael P. Gardner, Esq. (VSB 80380)
R. Patrick Bolling, Esq. (VSB 87334)
Leah M. Stiegler, Esq. (VSB 90602)
Woods Rogers PLC
Wells Fargo Tower
10 S. Jefferson Street
P.O. Box.14125
Roanoke, Virginia, 24038-4125
Phone: 540-983-7600
Fax: 540-983-7711
pbolling@woodsrogers.com
mgardner@woodsrogers.com
lstiegler@woodsrogers.com
*Counsel for Defendant*